| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Stafford, Jr., William H. | 2. Court or Organization<br><br>U.S. District Court, NDFL | 3. Date of Report<br><br>05/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>US Courthouse<br>111 North Adams Street<br>Tallahassee, FL 32301-7717 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University | 01/25/18 - 01/27/18 | Key Largo, FL | Seminar | Travel Expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prudential Life Insuance Co (whole life) | A | Dividend | J | W | | | | | |
| 2. -Morgan Stanley Bank Deposit Program (money market) | A | Interest | K | T | | | | | |
| 3. -AT&T Inc (common) | B | Dividend | K | T | | | | | |
| 4. -Blackrock - Multi-Asset, Inc. C | B | Dividend | K | T | | | | | |
| 5. -Nuveen EHCD AmT Free muni cred (closed end fund) | B | Dividend | K | T | | | | | |
| 6. -Lehman Bros HLDG (preferred stock) | | None | J | T | | | | | |
| 7. -Blackrock Global Allocation C | B | Dividend | K | T | | | | | |
| 8. -Freeport - McMoran, Inc. | A | Dividend | | | Sold | 06/15/18 | J | | |
| 9. -SPDR DIJA Trust (ETF) | A | Dividend | J | T | | | | | |
| 10. -Duke Energy Corp New (common) | A | Dividend | J | T | | | | | |
| 11. -General Electric (common) | A | Dividend | J | T | | | | | |
| 12. -Johnson & Johnson (common) | A | Dividend | J | T | | | | | |
| 13. -Medtronic (common) | A | Dividend | J | T | | | | | |
| 14. -Enbidge, Inc. (common) | A | Dividend | J | T | | | | | |
| 15. -TE Connectivity LTD New (common) | A | Dividend | J | T | | | | | |
| 16. -Wal-Mart (common) | A | Dividend | J | T | | | | | |
| 17. -Wells Fargo & Co. (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Pfizer (common) | A | Dividend | J | T | | | | | |
| 19. -Virtus Multi-Sector Short Term Bond Fund (mutual fund) | A | Dividend | J | T | | | | | |
| 20. -Morgan Stanley | A | Dividend | J | T | | | | | |
| 21. -Chevron (common) | A | Dividend | J | T | | | | | |
| 22. -Eaton Vance Tax Mgd Div Eq (closed end fund) | A | Dividend | J | T | | | | | |
| 23. -Alerian MLP ETF (closed end fund) | B | Dividend | K | T | Buy (add'l) | 11/15/18 | J | | |
| 24. -CSX Corp (common) | A | Dividend | J | T | | | | | |
| 25. Bank India NY | A | Interest | | | Redeemed | 03/14/18 | K | | |
| 26. MSPBNA Savings Deposit (USD Savings Deposit) | A | Interest | K | T | Buy | 10/12/18 | K | | |
| 27. Verizon Communications (common) | A | Dividend | J | T | Buy | 06/13/18 | J | | |
| 28. Bank of China NY (certificate of deposit) | A | Interest | K | T | Buy | 10/01/18 | K | | |
| 29. -Morgan Stanley Bank Deposit Program (money market) | A | Dividend | J | T | | | | | |
| 30. -T Rowe Price Eq Inc (mutual fund) | A | Dividend | J | T | Sold (part) | 01/25/18 | J | | |
| 31. -Blackrock LowDuration Bond (mutual fund) | A | Dividend | J | T | Sold (part) | 01/29/18 | J | | |
| 32. -Virtus Multi-Sector Short Term Bond Fund (mutual fund) | A | Dividend | K | T | Buy (add'l) | 12/03/18 | J | | |
| 33. -Western Asset Global Hi Yld A (mutual fund) | A | Dividend | J | T | Sold (part) | 01/25/18 | J | | |
| 34. -Invesco US Small Cap Value Y (mutual fund) | A | Dividend | J | T | Sold (part) | 01/25/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Allianz NFJ INTL Value P (mutual fund) | A | Dividend | | | Sold | 02/21/18 | J | | |
| 36. -Lazard Emerging Markets Fund (mutual fund) | A | Dividend | J | T | Sold (part) | 01/25/18 | J | | |
| 37. -Invesco Balanced Risk Allocation Y (mutual fund) | A | Dividend | K | T | Sold (part) | 01/25/18 | J | | |
| 38. -PIMCO LowDuration P (mutual fund) | A | Dividend | J | T | Buy (add'l) | 12/03/18 | J | | |
| 39. -Mngrs Amg Timesq MDCP (mutual fund) | A | Dividend | J | T | Buy (add'l) | 12/25/18 | J | | |
| 40. -Invesco Premier US Gen (money market) (IUGXX) | A | Dividend | J | T | Sold (part) | 10/11/18 | J | | |
| 41. -JP Morgan Large Cap GRW | A | Dividend | J | T | Sold (part) | 01/25/18 | J | | |
| 42. Lazard Intl. Eq1 Sel Inst | A | Dividend | J | T | Buy | 02/21/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stafford, Jr., William H. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Investments and Trusts, lines 29 through 42 are IRA holdings

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William H. Stafford, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544